IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                       CRIMINAL NO. 2:09-cr-00251-02

ROBERT OTISO

### MOTION TO WITHDRAW AS COUNSEL

David Schles, appointed counsel for the defendant, Robert Otiso, moves this Court for leave to withdraw as counsel in this matter. In support of this motion, counsel avers that Mr. Otiso has retained counsel who has filed a notice of appearance with the Court.

                                            Respectfully submitted,
                                            by counsel,

<u>s/ David Schles</u>
David Schles, WVBar #6375
815 Quarrier Street, Suite 306
Charleston, West Virginia 25301
(304)344-1559
Schles_law@verizon.net

CERTIFICATE OF SERVICE

    I, David Schles, appointed counsel for defendant, Robert Otiso, do hereby certify that on this 5th day of January, 2010, the foregoing Motion To Withdraw As Counsel was served upon the following by CM/EMF electronic filing:

Ms Susan Robinson
Assistant United States Attorney
P. O. Box 1713
Charleston, WV  25326-1713

                                            s/ David Schles
                                            David Schles, WV Bar #6375
                                            815 Quarrier Street, Suite 306
                                            Charleston, WV 25301
                                            (304) 344-1559
                                            Schles_law@verizon.net