```
         IN THE UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF WEST VIRGINIA
                        CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:09-00251

ROBERT M. OTISO

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Susan M. Robinson, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

By:

/s/SUSAN M. ROBINSON
SUSAN M. ROBINSON
Assistant U.S. Attorney
WV Bar No. 5169
Assistant U.S. Attorney
P.O. Box 1713
Charleston, WV  25326
Telephone:  (304) 345-2200
Fax:  (304) 347-5706
E-mail:  susan.robinson3@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 26th day of April 2010, to:

>John H. Tinney, Jr.
>222 Capitol Street
>P.O. Box 3752
>Charleston, WV  25337-3752

>/s/SUSAN M. ROBINSON
>SUSAN M. ROBINSON
>Assistant U.S. Attorney
>WV Bar No.  5169
>Assistant U.S. Attorney
>P.O. Box 1713
>Charleston, WV  25326
>Telephone:  (304) 345-2200
>Fax:  (304) 347-5706
>E-mail:  susan.robinson3@usdoj.gov