# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 5/7/2010                                                  Case Number 2:09-cr-251
Case Style: USA vs. Robert Otiso
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                  Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Susan M. Arnold

Attorney(s) for the Defendant(s) John H. Tinney, Jr.

Law Clerk                                                       Probation Officer Ted Philyaw

## Trial Time

## Non-Trial Time

Plea Hearing

## Court Time

1:35 pm   to 1:41 pm
Total Court Time: 0 Hours 6 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

1:30 case set

1:35 - case called - matter scheduled for the purpose of receiving a guilty plea

Defense counsel informed the court that the defendant is not ready to enter a plea

Defendant asked for a brief continuance of an hour and a half

Court believes more time should be taken

Parties to inform court on Monday whether defendant intends to enter a plea

1:41 concluded