IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                                Criminal No. 2:09-cr-00251
                                                     Judge John T. Copenhaver, Jr.

ROBERT M. OTISO.

## MOTION TO SCHEDULE GUILTY PLEA HEARING
## AS TO COUNT ONE OF THE INDICTMENT

Now comes Defendant, Robert M. Otiso, by and through his undersigned counsel, John H. Tinney, Jr., and respectfully requests that the Court schedule a hearing for the purpose of entering defendants' voluntary plea to Court One of the instant indictment.

                                                                     ROBERT M. OTISO

                                                                     By: The Tinney Law Firm, PLLC

                                                                     /s/ John H. Tinney, Jr.
                                                                     John H. Tinney, Jr. (WV # 6970)
                                                                     P. O. Box 3752
                                                                     Charleston, WV 25337-3752
                                                                     (304) 720-3310
                                                                     jacktinney@tinneylawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.   Criminal No. 2:09-cr-00251
     Judge John T. Copenhaver, Jr.

ROBERT M. OTISO.

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2010, I electronically filed the foregoing **"Motion to Schedule Guilty Plea Hearing as to Count One of the Indictment"** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:

Susan Robinson, Esquire
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713
susan.robinson3@usdoj.gov


/s/ John H. Tinney, Jr.
John H. Tinney, Jr. (WV Bar No.: 6970)