# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 5/24/2010                                                                                  Case Number 2:09-cr-251
Case Style: USA vs. Robert Otiso
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                  Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Susan M. Robinson


Attorney(s) for the Defendant(s) John H. Tinney, Jr.


Law Clerk                                                                                        Probation Officer Beth Srednicky and Jeff
                                                                                                         Bella

| Trial Time |
|---|

| Non-Trial Time |
|---|

Plea Hearing

| Court Time |
|---|

2:38 pm    to 3:51 pm
Total Court Time: 1 Hours 13 Minutes Non-Trial Time/Uncontested Time

| Courtroom Notes |
|---|

2:30 case set

2:38 - case called - purpose of hearing for defendant to enter plea to Count One of the eight-count indictment pursuant to plea agreement - defense counsel says that is correct

Defendant sworn - gave personal information

Court read portions of and explained Count One - defendant understands

Court gave elements - defendant understands

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines, relevant conduct

Guilty plea received and filed

Defendant gave factual basis

Court finds factual basis, accepts plea and adjudges defendant guilty

## District Judge Daybook Entry

Directs PSI - sentencing set for August 19, 2010, at 1:30 pm

Government moved to dismiss counts 2-8 without prejudice - motion granted

Defendant remanded

3:51 concluded